CAT A

RULE 20        U.S. District Court        2:18-cr-00271-VAP
District of Columbia (Washington, DC)
CRIMINAL DOCKET FOR CASE #: 1:18-cr-00058-RJL All Defendants

Case title: USA v. SPIRIDONOV      Date Filed: 03/13/2018
Magistrate judge case number: 1:18-mj-00011-DAR

Assigned to: Judge Richard J. Leon

**FILED**
CLERK, U.S. DISTRICT COURT
05/11/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: _AP_ DEPUTY

### Defendant (1)
**EVGENY SPIRIDONOV**

**Pending Counts**      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**      **Disposition**

13:305(a)(1); UNLAWFUL EXPORT INFORMATION ACTIVITIES; Failure to File.
(1)

CASE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ON 5/8/2018.

**Highest Offense Level (Terminated)**
Felony

**Complaints**      **Disposition**
COMPLAINT IN VIOLATION OF 50:1705

**Plaintiff**
USA      represented by   **Erik Michael Kenerson**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252-7201
Email: erik.kenerson@usdoj.gov

LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: Assistant U.S. Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2018 | 1 | COMPLAINT as to EVGENY SPIRIDONOV (1). (Attachments: # 1 Affidavit Affidavit in Support of Criminal Complaint) (hsj) [1:18-mj-00011-DAR] (Entered: 01/30/2018) |
| 03/13/2018 | 2 | INFORMATION as to EVGENY SPIRIDONOV (1) count(s) 1. (zvt) (Entered: 03/15/2018) |
| 03/16/2018 | 3 | NOTICE *OF TRANSFER* by USA as to EVGENY SPIRIDONOV (Attachments: # 1 Notice and Consent Notice of Defendant's Intent to Plead Guilty and U.S. Attorney Consent)(Kenerson, Erik) (Entered: 03/16/2018) |
| 05/08/2018 | 4 | CONSENT TO TRANSFER CASE for Plea and Sentence (Rule 20) to United States District Court for the Central District of California. Counts closed as to EVGENY SPIRIDONOV (1) Count 1. (Attachments: # 1 Information from the United States District Court for the District of Columbia, # 2 Docket Sheet from the United States District Court for the District of Columbia) (hsj) (Entered: 05/08/2018) |
| 05/08/2018 | 5 | RULE 20 Transfer Notice by USA as to EVGENY SPIRIDONOV transferring case to the United States District Court for the Central District of California. Certified copies of docket sheet and indictment/information forwarded. (hsj) (Entered: 05/08/2018) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | VIOLATIONS: |
| EVGENY SPIRIDONOV, | : | (13 U.S.C., Section 305(a)(1)) |
| | : | (Failure to File) |
| Defendant. | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 27, 2018, within the District of Columbia and elsewhere, defendant **EVGENY SPIRIDONOV**, did knowingly fail to file export information through the Automated Export System, when he attempted to export, from the United States to Russia, a Riflescope – Night Force ATACR 4-16X42, which requires a license issued by the United States Department of Commerce, Bureau of Industry and Security, to be exported from the United States to Russia.

(**Failure to File**, in violation of Title 13, United States Code, Section 305(a)(1))

JESSIE K. LIU
United States Attorney

By: _Erik Kenerson / HC_
Erik M. Kenerson, Ohio Bar Number 82960
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Erik.Kenerson@usdoj.gov; (202) 252-7201

In the United States District Court

for the _____ District of \_\_\_\_Columbia\_\_\_\_

United States of America

v.

Evgeny Spiridonov

Criminal No. 1:18-mj-11

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, \_\_\_\_Evgeny Spiridonov\_\_\_\_, defendant, have been informed that a \_\_\_information\_\_\_ *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead \_\_guilty\_\_ *(guilty, nolo contendere)* to the offense charged, to consent to the disposition of the case in the \_\_Central\_\_ District of \_\_California\_\_ in which I \_am held\_ *(am under arrest, am held)* and to waive trial in the above captioned District.

Dated: MARCH 12, 2018 at Los Angeles

*(Defendant)*

*(Witness)*

*(Counsel for Defendant)*

Approved

United States Attorney for the _____ District of Columbia

United States Attorney for the \_\_Central\_\_ District of California

FORM USA-153
SEP 82